**GARY BRICKWOOD (SBN 94892)**
**BRICKWOOD LAW OFFICE**
1135 Pine St., Suite 210
Redding, CA 96001
Tel (530) 245-1877
Fax (530) 245-1879
office@brickwoodlaw.com

Attorneys for Defendants LAKE SHASTINA POLICE DEPARTMENT, LAKE SHASTINA COMMUNITY SERVICES DISTRICT, RUSTY OWENS and MIKE WILSON

# IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON, | Case No. 2:19-CV-01193-MCE-DMC |
| Plaintiffs, | **REVISED SCHEDULING ORDER** |
| vs. | |
| LAKE SHASTINA POLICE DEPARTMENT, LAKE SHASTINA COMMUNITY SERVICES DISTRICT, a Municipal Corporation, RUSTY OWENS, individually and as an Officer of the Lake Shastina Police Department, MIKE WILSON, individually and as Chief of Police of the Lake Shastina Police Department, and Does 1 through 100, inclusive, | |
| Defendants. | |
| _____/ | |

The Court has reviewed the Stipulation of the parties to revise the Initial Pretrial Scheduling Order, Document 3, and finds good cause appearing due to the Coronavirus shutdown to do so.

///

///

---

STIPULATION AND REQUEST TO REVISE INITIAL PRETRIAL SCHEDULING ORDER

1

1    IT IS HEREBY ORDERED that the Initial Pretrial Scheduling Order, Document 3, is
2 revised as follows:
3    a.    That discovery be extended from June 26, 2020 to **February 17, 2021,** and that
4 all other provisions of the current Scheduling Order, Document 3, remain in effect and run from
5 the revised discovery deadline.
6    IT IS SO ORDERED.
7 Dated:  June 23, 2020

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE