# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAKE SHASTINA POLICE DEPARTMENT, LAKE SHASTINA COMMUNITY SERVICES DISTRICT, a Municipal Corporation, RUSTY OWENS, individually and as an Officer of the Lake Shastina Police Department, MIKE WILSON, individually and as Chief of Police of the Lake Shastina Police Department, and DOES 1 through 100, inclusive,<br><br>　　　　Defendants. | No. 2:19-CV-01193-MCE-DMC<br><br><br>**ORDER** |

　　　　Presently before the Court is a Motion to Withdraw as Counsel (ECF No. 8) and Defendants' Response to Motion to Withdraw (ECF No. 11). Plaintiff's counsel, H.F. Layton ("Counsel"), moves to withdraw after Plaintiff terminated his employment on November 16, 2020, by which Plaintiff will remain in propria persona.[1] This Motion is governed by the requirements of Eastern District of California Local Rule 182(d), which provides, *inter alia*, that an attorney may not withdraw, leaving the client in propria

---

[1] Having determined that oral argument would not be of material assistance, the Court ordered this Motion submitted on the briefing in accordance with Local Rule 230(g).

1

persona, absent a noticed motion, appropriate affidavits, notice to the client and all other parties who have appeared, and compliance with the Rules of Professional Conduct of the State Bar of California.  Whether to grant leave to withdraw is subject to the sound discretion of the Court and "may be granted subject to such appropriate conditions as the Court deems fit."  E.D. Cal. Local R. 182(d); Canandaigua Wine Co., Inc. v. Edwin Moldauer, No. 1:02-cv-06599 OWW DLB, 2009 WL 89141, at *1 (E.D. Cal. Jan. 14, 2009).

Counsel in the instant matter has provided an affidavit in support of withdrawal.  ECF No. 8.  This Court previously deferred ruling on this Motion and provided Counsel a notice of deficiency regarding a failure to notify the client of the Motion as required by Eastern District of California Local Rule 182(d).  ECF No. 12.  Counsel cured this deficiency by providing proof that Plaintiff was proper notified of this Motion.  ECF No. 13.

In light of the foregoing, the Court hereby **GRANTS** the Motion to Withdraw (ECF No. 8).  The H. F. Layton Law Office is relieved as counsel of record for Plaintiff **effective upon the filing of proof of service of this signed Order on Plaintiff at her last known address**:

> 618 Wisner Road, Apt. A
> Mount Shasta, CA 96067

Defendants' request to extend the discovery deadline (ECF No. 11) is **GRANTED** as well.  The discovery deadline is hereby **EXTENDED** to **May 25, 2021**.

**IT IS SO ORDERED**.

Dated:  March 16, 2021

MORRISON C. ENGLAND, JR
SENIOR UNITED STATES DISTRICT JUDGE

2