IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON,<br><br>  Plaintiff,<br><br>  v.<br><br>LAKE SHASTINA POLICE DEPARTMENT, et al.,<br><br>  Defendants. | No. 2:19-CV-1193-MCE-DMC<br><br><br>ORDER |

   Plaintiff, who is currently proceeding with retained counsel, brings this civil action. Pending before the Court is Defendants' motion to compel, ECF No. 15, noticed for hearing before the undersigned in Redding, California, on August 4, 2021, at 10:00 a.m.

   A review of the docket reflects that Plaintiff's counsel, the H.F. Layton Law Office, was relieved as counsel of record by order issued by the District Judge on March 16, 2021. See ECF No. 14. The District Judge ordered counsel's withdrawal "effective upon the filing of proof of service of this signed Order on Plaintiff at her last known address. . . ." Id. at 2. To date, counsel has not filed a proof of service of the District Judge's March 16, 2021, order on Plaintiff and, as such, counsel's withdrawal is not yet effective and the H.F. Layton Law Office remains Plaintiff's counsel of record. It is unknown whether Plaintiff believes she is still represented by counsel or is proceeding pro se. In any event, no response to the pending motion

has been filed, either by counsel or by Plaintiff pro se.

Given the unsettled status of Plaintiff's representation in light of counsel's failure to file the proof of service required for withdrawal to be effective, the Court finds good cause to continue the hearing on the pending discovery motion to August 18, 2021, at 10:00 a.m., before the undersigned in Redding, California. The motion will proceed on the notice of motion, see ECF No. 15, as well as the memorandum in support thereof filed on July 28, 2021, see ECF No. 16. Opposition to Defendants' motion shall be filed on or before August 11, 2021. See E. Dist. Cal. Local Rule 251(e). Defendants' reply brief, if any, shall be filed on or before August 16, 2021. See id.

The Clerk of the Court is directed to serve a copy of this order on both the H.F. Layton Law Office and Plaintiff personally at the address shown on the Court's docket.

IT IS SO ORDERED.

Dated: July 30, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE