# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON, | No. 2:19-CV-1193-MCE-DMC |
| Plaintiff, | |
| v. | ORDER |
| LAKE SHASTINA POLICE DEPARTMENT, et al., | |
| Defendants. | |

Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion to compel, ECF No. 15, has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for August 18, 2021, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

IT IS SO ORDERED.

Dated: August 12, 2021

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1