**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| POLLY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LAKE SHASTINA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1193-MCE-DMC<br><br><br>ORDER |

　　　　Plaintiff, who is proceeding pro se, brings this civil action. No opposition to the pending motion for terminating sanctions has been filed. Therefore, pursuant to Eastern District of California Local Rule 230(c), the hearing scheduled for January 5, 2022, at 10:00 a.m., before the undersigned in Redding, California, is hereby taken off calendar and the matter is submitted on the record and briefs without oral argument.

　　　　IT IS SO ORDERED.

Dated: December 27, 2021

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE