# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>LAKE SHASTINA POLICE DEPARTMENT, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-1193-MCE-DMC<br><br><br>FINDINGS AND RECOMMENDATIONS |

       Plaintiff, who is proceeding pro se, brings this civil action. Pending before the Court is Defendants' motion to dismiss as terminating sanctions, ECF No. 21. Plaintiff has not filed an opposition.

       Defendants argue that this action should be dismissed as an appropriate sanction for Plaintiff's failure to obey this Court's order to appear for a deposition. See ECF No. 21-1. Defendants also seek an award of reasonable fees in the amount of $1,200.00. See ECF No. 21-2. Pursuant to Eastern District of California Local Rule 230(c), the Court construes Plaintiff's failure to file an opposition to Defendants' motion as consent to the relief requested.

///

///

///

Based on the foregoing, the undersigned recommends that:

1. Defendants' unopposed motion to dismiss, ECF No. 21, be granted; and

2. Plaintiff be ordered to pay to Defendants $1,200.00 in reasonable costs.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within 14 days after being served with these findings and recommendations, any party may file written objections with the Court.  Responses to objections shall be filed within 14 days after service of objections.  Failure to file objections within the specified time may waive the right to appeal.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  February 11, 2022

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2