IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| POLLY JOHNSON, | No. 2:19-CV-1193-MCE-DMC |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| LAKE SHASTINA POLICE DEPARTMENT, et al., | |
| Defendants. | |

 Plaintiff, who is proceeding pro se, brings this civil action. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

 On February 11, 2022, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections thereto within the time specified therein. ECF No. 24. To date, no objections to the findings and recommendations have been filed.

 The Court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed February 11, 2022, ECF No. 24, are ADOPTED in full;

2. Defendants' unopposed motion to dismiss and for sanctions, ECF No. 21, is GRANTED;

3. Plaintiff is ordered to pay Defendants $1,200.00 in reasonable costs; and

4. The Clerk of the Court is directed to enter judgment and close this file.

IT IS SO ORDERED.

DATED: March 29, 2022

_____
MORRISON C. ENGLAND, JR.
SENIOR UNITED STATES DISTRICT JUDGE